STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Damien Posey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>         Plaintiff,<br><br>v.<br><br>**Damien Posey,**<br><br>         Defendant. | Case Number: 03cr231-WHA<br><br>**Stipulation and [~~Proposed~~] Order Continuing Supervised Release States Hearing and Early Termination Hearing Date**<br><br>Date:   November 17, 2015<br>Time:  2:00 p.m. |

    Defendant Damien Posey is currently set for a status hearing for his supervised release and a hearing regarding early termination of his supervised release on November 17, 2015, at 2:00 p.m.  Mr. Posey has a meeting with the San Francisco Chief of Police regarding a gun buy-back program at that date and time. Additionally, Probation Officer Daniel Zurita is unavailable due to prior medical appointment and counsel from Mr. Posey is currently set for trial on that date. In order to accommodate the parties, all parties are requesting that the next court date be moved to **December 8, 2015, at 2:00 p.m.**

Stip. to Cont. & [~~Prop~~.] Order
03cr231-WHA                                                    1

Dated: November 10, 2015  /s/ Candis Mitchell
CANDIS MITCHELL
Assistant Federal Public Defender
Attorney for Defendant Damien Posey

Dated: November 10, 2015  /s/ Gregg Lowder
GREGG LOWDER
Assistant United States Attorney
Attorney for Government

## [~~Proposed~~] ORDER

For the reasons stated, the Court continues the early termination hearing date from November 17, 2015, at 2:00 p.m., to **December 8, 2015, at 2:00 p.m.**

IT IS SO ORDERED.

DATED: November 10, 2015.

**William H. Alsup**
United States ~~Magistrate~~ Judge
District