**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0231 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR GOVERNMENT AND PROBATION RESPONSE** |
| DAMIEN POSEY, | |
| Defendant. / | |

At a hearing on December 8, 2015, the undersigned judge stated that if defendant Damien Posey did not commit any supervised release violations through the end of February, then his supervision would terminate at that time. On February 26, defendant filed a proposed order requesting that his supervised release be terminated, but defendant's filing did not contain any stipulation or sign off from the government or probation. By **NOON ON MARCH 2, 2016**, the government and probation are requested to respond as to whether defendant committed any violations between the December 8 hearing and the end of February.

Dated: March 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE