STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Damien Posey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>            Plaintiff,<br><br>v.<br><br>**Damien Posey,**<br><br>            Defendant. | Case Number: 03cr231-WHA<br><br>[~~Proposed~~] **Order for Early Termination of Supervised Release** |

[~~PROPOSED~~] ORDER

Following hearing on December 8, 2015, and for good cause shown, the Court ORDERS that defendant Damien Posey's term of supervised release is hereby terminated pursuant to 18 U.S.C. Section 3583(e) on February 27, 2016.

IT IS SO ORDERED.

_March 1, 2016._
DATED

_____
**William H. Alsup**
United States District Judge

[~~Proposed~~] Order for Early Termination of Supervised Release
03cr231-WHA                                                1